EDWARD J. BLACK, APPELLANT, v. RUSSELL DE VRIES, ETC., ET AL., RESPONDENTS.

Argued February 4, 1947—Decided April 24, 1947.

For the appellant, *David Roskein* (*John A. Laird,* of counsel).

For the respondents, *Harry E. Young* (*William H. Campbell, Jr.,* of counsel).

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Colie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, WACHENFELD, EASTWOOD, WELLS, RAFFERTY, DILL, FREUND, MCGEEHAN, MCLEAN, JJ.   12.

*For reversal*—None.